585 A.2d 360
STATE OF NEW JERSEY v. SHAWN CUMMINGS.

July 30, 1990.

Petition for certification denied.

585 A.2d 361
STATE OF NEW JERSEY v. LAWRENCE LEE ROBERTS.

July 30, 1990.

Petition for certification denied.

585 A.2d 361
JOSEPH J. DURANTE, ET AL. v. JANINE BUCCA.

August 7, 1990.

Leave to appeal granted, and the matter is summarily remanded to the Chancery Division, Family Part, for reconsideration of plaintiffs' claim for visitation, in the light of *N.J.S.A.* 9:2–7.1 and *Thompson v. Vanaman,* 212 *N.J.Super.* 596, 515 *A.*2d 1254 (App.Div.1986).

585 A.2d 361
STATE OF NEW JERSEY v. JOSE MORALES.

September 4, 1990.

Petition for certification denied.